# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159875(40)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

VHS DETROIT RECEIVING HOSPITAL, INC.,
doing business as DETROIT RECEIVING
HOSPITAL and UNIVERSITY HEALTH
CENTER, and VHS HARPER-HUTZEL
HOSPITAL, INC., doing business as HARPER-
HUTZEL HOSPITAL,
          Plaintiffs-Appellants,

v

CITY OF DETROIT,
          Defendant-Appellee.
_____/

SC: 159875
COA: 341628
Wayne CC: 16-011846-NF

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 22, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2019
          
                  Clerk